1  RICHARD J. GREENE, ESQ., SBN 66016
2  **GREENE, FIDLER, CHAPLAN & HICKS, LLP**    JS-6
   2719 WILSHIRE BLVD., 2ND FLOOR
3  SANTA MONICA, CALIFORNIA 90403
   TEL:  (310) 315-1700
4  FAX:  (310) 315-1701

5  ATTORNEYS FOR PLAINTIFF,
   J. J. D., INC., A CALIFORNIA CORPORATION DBA
6  GENERAL COLD STORAGE

7
8
9
10             UNITED STATES DISTRICT COURT
11             CENTRAL DISTRICT OF CALIFORNIA
12
13 J.J.D., INC., d/b/a GENERAL       CASE NO: 2:08-CV-03914 VBF (JCx)
   COLD STORAGE,
14                                   Judge Valerie Baker Fairbank
              Plaintiff,             Courtroom 9
15
        v.                           **STIPULATION OF VOLUNTARY
16                                   DISMISSAL AND ORDER
   SIMPLEXGRINNELL, LP,              THEREON**
17
              Defendant.
18
19
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

1075320v1

**STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER THEREON**

Plaintiff/Cross-Respondent J.J.D., Inc., d/b/a General Cold Storage, and Defendant/Counter-Claimant SimplexGrinnell, LP, herby notify the Court that the issues between the Parties have been settled and that the Parties stipulate to the dismissal of the Complaint and Counterclaim in this action with prejudice.

DATED: April ___, 2009    Respectfully submitted,

By:_____
Richard J. Greene, Esq.
GREENE, FIDLER, CHAPLAN & HICKS, LLP
2719 Wilshire Boulevard, Second Floor
Santa Monica, California  90403
Telephone: 310.315.1700
Attorneys for Plaintiff/Counter-Respondent,
J.J.D., INC., d/b/a GENERAL COLD STORAGE

DATED: April ___, 2009    Respectfully submitted,

By:_____
Salvatore Picariello, Esq.
PEPPER HAMILTON LLP
4 Park Plaza, Suite 1200
Irvine, California  92614
Telephone: 949.567.3500
Attorneys for Defendant/Counter-Claimant,
SIMPLEXGRINNELL, LP

**IT IS HEREBY ORDERED.**

DATED: April 17, 2009

*Valerie Baker Fairbank*
_____
UNITED STATES DISTRICT JUDGE
VALERIE BAKER FAIRBANK

1075320v1

**STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER THEREON**